# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 11-3726

———————

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Western |
| v. | * | District of Arkansas. |
| | * | |
| Jesus Corral, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

———————

Submitted: June 19, 2012
Filed: June 19, 2012

———————

Before LOKEN, BOWMAN, and BENTON, Circuit Judges.

———————

PER CURIAM.

Jesus Corral directly appeals the within-Guidelines-range sentence the district court[1] imposed after he pled guilty to conspiracy to distribute more than 500 grams of a mixture or substance containing methamphetamine, in violation of Title 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 846. His counsel has moved to withdraw, and has filed a brief citing *Anders v. California* 86 U.S. 738 (1967).

---

[1]The Honorable P. K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.

After carefully and independently reviewing the record, consistent with *Penson v. Ohio*, 488 U.S. 75 (1988), this court has found no nonfrivolous issue. This court grants counsel leave to withdraw, and affirms.

_____